CANDICE L. FIELDS, SBN 172174
CANDICE FIELDS LAW
455 Capitol Mall, Suite 350
Sacramento, California  95814
Telephone:   (916) 414-8050
Facsimile:   (916) 790-9450
cfields@candicefieldslaw.com

Attorneys for Defendant INGERLISHA MARTINEZ,
as mother and next friend of the minor child A.M.

UNITED STATES DISTICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE PRUDENTIAL INSURANCE COMPANY OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>A.M, a minor; D.P., a minor; ANDREA MORGAN in her personal capacity; INGERLISHA MARTINEZ, as mother and next friend of the minor child A.M.; and ANDREA MORGAN, in her capacity as mother and next friend of the minor child D.P.;<br><br>    Defendants. | CASE NO. 2:13-cv-00820-MCE-AC<br><br>**ANSWER TO INTERPLEADER COMPLAINT** |

## ANSWER TO INTERPLEADER COMPLAINT

Defendant INGERLISHA MARTINEZ, as mother and next friend of the minor child A.M. (hereafter "Defendant"), hereby appears and responds to the Interpleader Complaint filed by Plaintiff THE PRUDENTIAL INSURANCE COMPANY OF AMERICA (hereafter "Plaintiff") as follows:

1.   As to Paragraphs 1, 10 - 12, 15, and 18, Defendant admits the allegations based upon her information and belief.

2.   As to Paragraph 2, Defendant admits that it describes the nature of the legal action brought by Plaintiff's Interpleader Complaint against Defendant Andrea

Morgan, but is without sufficient knowledge or information to form a belief as to the truth of the remaining allegations therein and, on that basis, denies them.

    3.    As to Paragraph 3, Defendant admits that it describes the nature of the legal action brought by Plaintiff's Interpleader Complaint against Defendant D.P., but is without sufficient knowledge or information to form a belief as to the truth of the remaining allegations therein and, on that basis, denies them.

    4.    As to Paragraphs 4 and 20, Defendant admits the allegations.

    5.    As to Paragraph 5, Defendant admits that it describes the nature of the legal action brought by Plaintiff's Interpleader Complaint against her.

    6.    As to Paragraph 6, Defendant admits that jurisdiction is proper based upon the codes and statutes stated in the Complaint.

    7.    As to Paragraph 7, Defendant does not contest venue based upon the allegations stated in the Complaint.

    8.    As to Paragraph 8, Defendant does not contest that jurisdiction is proper pursuant to Paragraph 6, but is without sufficient knowledge or information to form a belief as to the truth of the remaining allegations therein and, on that basis, denies them.

    9.    As to Paragraph 9, Defendant admits that venue is proper based upon the allegations of residency of other defendants as stated in the Complaint.

    10.    As to Paragraph 13, Defendant admits that the beneficiary form attached to the Complaint as Exhibit D is not signed, but is without sufficient knowledge or information to form a belief as to the truth of the remaining allegations therein and, on that basis, denies them.

    11.    As to Paragraphs 14, 16, 17, 19, 21, 23, and 25, Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations therein and, on that basis, denies them.

    12.    As to Paragraph 22, Defendant admits there remains at least 50% or $200,000 payable under the SGLI Policy as a consequence of the Insured's death.

- 2 -
2:13-cv-00820-MCE-AC
ANSWER TO INTERPLEADER COMPLAINT

13. As to Paragraph 24, Defendant admits A.M. is the Insured's child, and admits that A.M. has a claim to the Remaining Death Benefit, but is without sufficient knowledge or information to form a belief as to the truth of the allegations therein and, on that basis, denies them.

14. As to Paragraphs 26 – 28, Defendant kis without sufficient knowledge or information to for a belief as to the truth of the allegations therein and, on that basis, denies them, but Defendant does not object to Interpleader by Plaintiff.

15. As to Plaintiff's "Prayer For Relief," Defendant need not affirm or deny the averments contained therein.

### FIRST AFFIRMATIVE DEFENSE

As a first and separate affirmative defense to the Complaint, and to all causes of action contained therein, this answering Defendant is informed and believes and thereon alleges that all other Defendants' claims are barred or diminished under the doctrine of estoppel.

### SECOND AFFIRMATIVE DEFENSE

As a second and separate affirmative defense to the Complaint, and to all causes of action contained therein, this answering Defendant is informed and believes and thereon alleges that all other Defendants' claims are barred or diminished under the doctrine of estoppel.

### THIRD AFFIRMATIVE DEFENSE

As a third and separate affirmative defense to the Complaint, and to all causes of action contained therein, this answering Defendant is informed and believes and thereon alleges that all other Defendants' claims are barred or diminished under the equitable doctrine of unclean hands.

### FOURTH AFFIRMATIVE DEFENSE

As a fourth and separate affirmative defense to the complaint, and to all causes of action contained therein, this answering Defendant presently has insufficient knowledge or insufficient information upon which to form a belief as to whether she

may have additional, yet un-asserted, affirmative defenses.  This answering Defendant therefore reserves the right to assert additional defenses in the event discovery indicates it would be appropriate.

WHEREFORE, Defendant INGERLISHA MARTINEZ, as mother and next friend of the minor child A.M., prays for judgment as follows:

1. That the death benefits in question be awarded to A.M.;
2. That the Court determine the respective rights and obligations of the parties in connection with the money deposited with the Court;
3. That this Court appoint this answering Defendant, the mother and natural guardian of A.M., as guardian ad litem of A.M.
4. That Defendant Andrea Morgan be ordered to pay all of Plaintiff's costs and attorney's fees, as well as this answering Defendant's costs and attorney's fees;
5. For such other relief as the Court may deem just and proper.

Dated:  July 1, 2013                        CANDICE FIELDS LAW

                                            By: /s/ *Candice L. Fields*
                                                Candice L. Fields
                                                Attorneys for Defendant Ingerlisha
                                                Martinez, as mother and next friend of the
                                                minor child A.M.