Katherine L. Kettler (SBN 231586)
klk@millerlawgroup.com
MILLER LAW GROUP
A Professional Corporation
111 Sutter Street, Suite 700
San Francisco, CA 94104
Tel. (415) 464-4300
Fax (415) 464-4336

Attorneys for Plaintiff
THE PRUDENTIAL INSURANCE
COMPANY OF AMERICA

CANDICE L. FIELDS (SBN 172174)
CANDICE FIELDS LAW
cfields@candicefieldslaw.com
455 Capitol Mall, Suite 350
Sacramento, California 95814
Telephone: (916) 414-8050
Facsimile: (916) 790-9450

Attorneys for Defendant
INGERLISHA MARTINEZ, as mother
and next friend of the minor child A.M.

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA
SACRAMENTO DIVISION

| | |
|---|---|
| THE PRUDENTIAL INSURANCE COMPANY OF AMERICA,<br><br>      Plaintiff,<br><br>v.<br><br>A.M, a minor; D.P., a minor; ANDREA MORGAN in her personal capacity; INGERLISHA MARTINEZ, as mother and next friend of the minor child A.M.; and ANDREA MORGAN, in her capacity as mother and next friend of the minor child D.P.;<br><br>      Defendants. | Case No.: Case 2:13-cv-00820-MCE-AC<br><br>**STIPULATION AND ORDER TO EXTEND TIME FOR PARTIES TO FILE JOINT CASE MANAGEMENT STATEMENT**<br><br>Complaint Filed:  April 26, 2013 |

Pursuant to United States District Court for the Eastern District of California

1

Local Rule 144(d), Plaintiff THE PRUDENTIAL INSURANCE COMPANY OF AMERICA ("Plaintiff"), by and through its undersigned attorneys, Defendant INGERLISHA MARTINEZ, as mother and next friend of the minor child A.M. ("Martinez"), by and through her undersigned attorneys, and Defendant ANDREA MORGAN ("Morgan") on her own behalf and on behalf of D.P. hereby stipulate as follows:

WHEREAS, on April 26, 2013 Plaintiff filed an Interpleader Complaint.

WHEREAS, on August 6, 2013, Plaintiff served the Interpleader Complaint on Defendant Morgan and D.P. such that the deadline for Morgan and D.P. to file a responsive pleading was August 27, 2013.

WHEREAS, Morgan for herself, and on behalf of D.P., required additional time to secure counsel.

WHEREAS, the parties have met and conferred and agree that Morgan and D.P's time to respond to Plaintiff's Interpleader Complaint shall be extended by twenty-eight days, up to and including September 24, 2013, and filed a Stipulation with the Court on August 28, 2013 reflecting that stipulated extension of time. (Docket #17)

WHEREAS, the parties' Joint Case Management Statement is due to be filed with the Court on August 30, 2013.

WHEREAS, the parties have met and conferred regarding extending the time to file their Joint Case Management Statement in order to permit Morgan and D.P. to appear in the action before the Statement is filed, and agreed that it would be most efficient if the due date for filing the parties' Joint Case Management Statement is extended so that the Statement can be submitted to the Court on behalf of all the parties to this action, including Morgan and D.P.

IT IS HEREBY AGREED, by and between the parties, that the due date for filing the parties' Joint Case Management Statement with the Court will be extended to September 30, 2013, in order to permit all parties to appear prior to the filing of the

Statement.

Dated: August 30, 2013							MILLER LAW GROUP
									A Professional Corporation


									By:   /s/ Katherine L. Kettler
									      Katherine L. Kettler
									      Attorneys for Plaintiff
									      THE PRUDENTIAL INSURANCE
									      COMPANY OF AMERICA

Dated: August 30, 2013


									By:   /s/ Andrea Morgan
									      Andrea Morgan
									      In Pro Per
									      "/s/ Andrea Morgan (original signature
									      retained by attorney Katherine Kettler)."

Dated: August 30, 2013							CANDICE FIELDS LAW


									By:   /s/ Candice Fields
									      Candice L. Fields
									      Attorney for Defendant INGERLISHA
									      MARTINEZ and A.M.


**ORDER**

    IT IS SO ORDERED.

Dated: September 12, 2013




_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT