CANDICE L. FIELDS, SBN 172174
CANDICE FIELDS LAW
455 Capitol Mall, Suite 350
Sacramento, California  95814
Telephone:      (916) 414-8050
Facsimile:      (916) 790-9450
cfields@candicefieldslaw.com

Attorneys for Defendant A.M., a minor; INGERLISHA MARTINEZ,
as mother and next friend of the minor child A.M.

UNITED STATES DISTICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE PRUDENTIAL INSURANCE COMPANY OF AMERICA,<br><br>                Plaintiff,<br><br>v.<br><br>A.M, a minor; D.P., a minor; ANDREA MORGAN in her personal capacity; INGERLISHA MARTINEZ, as mother and next friend of the minor child A.M.; and ANDREA MORGAN, in her capacity as mother and next friend of the minor child D.P.;<br><br>                Defendants. | CASE NO. 2:13-cv-00820-MCE-AC<br><br>**JOINT REQUEST TO EXTEND DEADLINE FOR FILING OF JOINT STATUS CONFERENCE STATEMENT AND TO EXTEND DEFENDANT MORGAN'S DEADLINE TO FILE A RESPONSE TO PLAINTIFF'S COMPLAINT; ORDER** |

      Plaintiff, The Prudential Insurance Company Of America ("Plaintiff"), Defendant Ingerlisha

Martinez, as mother and next friend of the minor child A.M. ("Defendant Martinez), and Defendant

Andrea Morgan ("Defendant Morgan") on her own behalf (collectively "the parties"), through their

respective attorneys, hereby stipulate as follows:

      WHEREAS, on April 26, 2013, Plaintiff filed an Interpleader Complaint naming the

Defendant Martinez, as mother and next friend of the minor child A.M., as a Defendant/Claimant.

(ECF 1.)

WHEREAS, the Interpleader Complaint names Andrea Morgan, both in her personal capacity, and in her capacity as mother and next friend of the minor child D.P., as a Defendant/Claimant ("Defendant Morgan").

WHEREAS, the Interpleader Complaint names Defendant Martinez, only in her capacity as mother and next friend of the minor child A.M., as a defendant.

WHEREAS, on July 1, 2013, Defendant Martinez, as mother and next friend of the minor child A.M., filed an Answer to the Interpleader Complaint.  (ECF 14.)

WHEREAS, Plaintiff and Defendant Morgan stipulated to an extension permitting Defendant Morgan to file a Response to the Interpleader Complaint on or before September 24, 2013.  (ECF 17.)

WHEREAS, on September 25, 2013, Defendant Morgan contacted the parties to communicate her intent to waive her personal claim to the insurance proceeds at issue in this action.

WHEREAS, Plaintiff requests an extension permitting Defendant Morgan to file a Response to the Interpleader Complaint on or before November 1, 2013.

WHEREAS, the parties' Joint Status Conference Statement is currently due on September 30, 2013. (ECF 19.)

WHEREAS, the parties jointly request that the deadline for filing the Joint Status Conference Statement be extended to permit the parties to 1) settle the action as to Defendant Morgan, 2) move for the appointment of guardians ad litem for the minor children A.M. and D.P., and 3) settle the entire action subject to the court's approval.

The undersigned parties therefore jointly request that the deadline file a Joint Status Conference Report be extended to December 6, 2013.

/ / /

/ / /

Dated: September 27, 2013                MILLER LAW GROUP


                                        By:     /s/Katherine L. Kettler
                                                KATHERINE L. KETTLER
                                                Attorneys for Plaintiff
                                                THE PRUDENTIAL INSURANCE
                                                COMPANY


Dated: September 27, 2013                CANDICE FIELDS LAW


                                        By:     /s/ Candice L. Fields
                                                CANDICE L. FIELDS
                                                Attorney for Defendant INGERLISHA
                                                MARTINEZ, As Mother And Next
                                                Friend Of The Minor Child A.M.


Dated: September 27, 2013                By:     /s/ Andrea Morgan
                                                ANDREA MORGAN
                                                IN PRO PER
                                                (ORIGINAL SIGNATURE RETAINED
                                                BY ATTORNEY KATHERINE
                                                KETTLER)

## ORDER

        Based on the reasons set forth in the Joint Request of the parties filed on September 27, 2013,

and good cause appearing therefrom, the Court grants the Request of the parties in its entirety.  IT IS

HEREBY ORDERED that the deadline for Defendant Andrea Morgan to file a Response to the

Interpleader Complaint is extended from September 24, 2013 to November 1, 2013; the parties'

deadline to file a Joint Status Conference Statement is extended from September 30, 2013, to

December 6, 2013.

Dated:  October 2, 2013

                                        _____
                                        MORRISON C. ENGLAND, JR., CHIEF JUDGE
                                        UNITED STATES DISTRICT COURT