CANDICE L. FIELDS, SBN 172174
CANDICE FIELDS LAW
455 Capitol Mall, Suite 350
Sacramento, California  95814
Telephone:	(916) 414-8050
Facsimile:	(916) 790-9450
cfields@candicefieldslaw.com

Attorneys for Defendant A.M., a minor; INGERLISHA MARTINEZ,
as mother and next friend of the minor child A.M.

UNITED STATES DISTICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE PRUDENTIAL INSURANCE COMPANY OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>A.M, a minor; D.P., a minor; ANDREA MORGAN in her personal capacity; INGERLISHA MARTINEZ, as mother and next friend of the minor child A.M.; and ANDREA MORGAN, in her capacity as mother and next friend of the minor child D.P.;<br><br>Defendants. | CASE NO. 2:13-cv-00820-MCE-AC<br><br>**JOINT REQUEST TO EXTEND DEADLINE FOR FILING OF JOINT STATUS CONFERENCE STATEMENT AND TO EXTEND DEFENDANT MORGAN'S DEADLINE TO FILE A RESPONSE TO PLAINTIFF'S COMPLAINT; ORDER** |

Plaintiff, The Prudential Insurance Company Of America ("Plaintiff"), Defendant Ingerlisha Martinez, as mother and next friend of the minor child A.M. ("Defendant Martinez), and Defendant Andrea Morgan ("Defendant Morgan") on her own behalf (collectively "the parties"), through their respective attorneys, hereby stipulate as follows:

WHEREAS, on April 26, 2013, Plaintiff filed an Interpleader Complaint naming the Defendant Martinez, as mother and next friend of the minor child A.M., as a Defendant/Claimant. (ECF 1.)

- 1 -

WHEREAS, the Interpleader Complaint names Andrea Morgan, both in her personal capacity, and in her capacity as mother and next friend of the minor child D.P., as a Defendant/Claimant ("Defendant Morgan").

WHEREAS, the Interpleader Complaint names Defendant Martinez, only in her capacity as mother and next friend of the minor child A.M., as a defendant.

WHEREAS, on July 1, 2013, Defendant Martinez, as mother and next friend of the minor child A.M., filed an Answer to the Interpleader Complaint. (ECF 14.)

WHEREAS, Plaintiff and Defendant Morgan stipulated to an extension permitting Defendant Morgan to file a Response to the Interpleader Complaint on or before September 24, 2013. (ECF 17.)

WHEREAS, on September 25, 2013, Defendant Morgan contacted the parties to communicate her intent to waive her personal claim to the insurance proceeds at issue in this action.

WHEREAS, Plaintiff requests an extension permitting Defendant Morgan to file a Response to the Interpleader Complaint on or before November 1, 2013.

WHEREAS, the parties' Joint Status Conference Statement is currently due on September 30, 2013. (ECF 19.)

WHEREAS, the parties jointly request that the deadline for filing the Joint Status Conference Statement be extended to permit the parties to 1) settle the action as to Defendant Morgan, 2) move for the appointment of guardians ad litem for the minor children A.M. and D.P., and 3) settle the entire action subject to the court's approval.

The undersigned parties therefore jointly request that the deadline file a Joint Status Conference Report be extended to December 6, 2013.

/ / /

/ / /

Dated: September 27, 2013         MILLER LAW GROUP


                                  By:    /s/Katherine L. Kettler
                                  KATHERINE L. KETTLER
                                  Attorneys for Plaintiff
                                  THE PRUDENTIAL INSURANCE
                                  COMPANY


Dated: September 27, 2013         CANDICE FIELDS LAW


                                  By:    /s/ Candice L. Fields
                                  CANDICE L. FIELDS
                                  Attorney for Defendant INGERLISHA
                                  MARTINEZ, As Mother And Next
                                  Friend Of The Minor Child A.M.


Dated: September 27, 2013         By:    /s/ Andrea Morgan
                                  ANDREA MORGAN
                                  IN PRO PER
                                  (ORIGINAL SIGNATURE RETAINED
                                  BY ATTORNEY KATHERINE
                                  KETTLER)

**ORDER**

Based on the reasons set forth in the Joint Request of the parties filed on September 27, 2013, and good cause appearing therefrom, the Court grants the Request of the parties in its entirety. IT IS HEREBY ORDERED that the deadline for Defendant Andrea Morgan to file a Response to the Interpleader Complaint is extended from September 24, 2013 to November 1, 2013; the parties' deadline to file a Joint Status Conference Statement is extended from September 30, 2013, to December 6, 2013.

Dated: October 2, 2013

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT