CANDICE L. FIELDS, SBN 172174
CANDICE FIELDS LAW
455 Capitol Mall, Suite 350
Sacramento, California  95814
Telephone:   (916) 414-8050
Facsimile:    (916) 790-9450
cfields@candicefieldslaw.com

Attorneys for Defendant INGERLISHA MARTINEZ,
as mother and next friend of the minor child A.M.

UNITED STATES DISTICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE PRUDENTIAL INSURANCE COMPANY OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>A.M, a minor; D.P., a minor; ANDREA MORGAN in her personal capacity; INGERLISHA MARTINEZ, as mother and next friend of the minor child A.M.; and ANDREA MORGAN, in her capacity as mother and next friend of the minor child D.P.;<br><br>Defendants. | No. 2:13-cv-00820-MCE-AC<br><br>**JOINT REQUEST TO EXTEND DEADLINE FOR DEFENDANT MORGAN'S DEADLINE TO FILE A RESPONSE TO PLAINTIFF'S COMPLAINT; ORDER** |

Plaintiff, The Prudential Insurance Company Of America ("Plaintiff"), Defendant Ingerlisha Martinez, as mother and next friend of the minor child A.M. ("Defendant Martinez), and Defendant Andrea Morgan ("Defendant Morgan") on her own behalf (collectively "the parties"), through their respective attorneys, hereby stipulate as follows:

WHEREAS, on April 26, 2013, Plaintiff filed an Interpleader Complaint naming the Defendant Martinez, as mother and next friend of the minor child A.M., as a Defendant/Claimant.  (ECF 1.)

WHEREAS, the Interpleader Complaint names Andrea Morgan, both in her personal capacity, and in her capacity as mother and next friend of the minor child D.P., as a Defendant/Claimant ("Defendant Morgan").

WHEREAS, the Interpleader Complaint names Defendant Martinez, only in her capacity as mother and next friend of the minor child A.M., as a defendant.

WHEREAS, on July 1, 2013, Defendant Martinez, as mother and next friend of the minor child A.M., filed an Answer to the Interpleader Complaint.  (ECF 14.)

WHEREAS, Plaintiff and Defendant Morgan stipulated to an extension permitting Defendant Morgan to file a Response to the Interpleader Complaint on or before September 24, 2013.  (ECF 17.)

WHEREAS, on September 25, 2013, Defendant Morgan contacted the parties to communicate her intent to waive her personal claim to the insurance proceeds at issue in this action.

WHEREAS, the parties jointly obtained an extension from the Court permitting Defendant Morgan to file a Response to the Interpleader Complaint on or before November 1, 2013.  (ECF 21.)

WHEREAS, the parties are actively preparing the documents necessary to 1) settle the action as to Defendant Morgan, 2) move for the appointment of guardians ad litem for the minor children A.M. and D.P., and 3) settle the entire action subject to the court's approval.

WHEREAS, the parties jointly request that the deadline for Defendant Morgan be further extended to permit the parties to complete the preparation of the above-referenced documents.

The undersigned parties therefore jointly request that the deadline for Defendant Morgan to file a response to the Interpleader Complaint be extended to December 6, 2013.

/ / /

/ / /

Dated: October 24, 2013        MILLER LAW GROUP

                               By:    /s/Jennifer A. Shy
                                      JENNIFER A. SHY
                                      Attorneys for Plaintiff
                                      THE PRUDENTIAL INSURANCE
                                      COMPANY


Dated: October 24, 2013        CANDICE FIELDS LAW

                               By:    /s/ Candice L. Fields
                                      CANDICE L. FIELDS
                                      Attorney for Defendant INGERLISHA
                                      MARTINEZ, As Mother And Next
                                      Friend Of The Minor Child A.M.


Dated: October 24, 2013        By:    /s/ Andrea Morgan
                                      ANDREA MORGAN
                                      In Pro Per
                                      (Original Signature Retained By
                                      Attorney Candice L. Fields)

## **ORDER**

Based on the reasons set forth in the Joint Request of the parties filed on October 30, 2013, and good cause appearing therefrom, the Court grants the Request of the parties in its entirety.  IT IS HEREBY ORDERED that the deadline for Defendant Andrea Morgan to file a Response to the Interpleader Complaint is extended from November 1, 2013 to December 6, 2013.

Dated:  November 5, 2013

_____
MORRISON C. ENGLAND, JR, CHIEF JUDGE
UNITED STATES DISTRICT COURT