Jennifer A. Shy (SBN 131065)
    jas@millerlawgroup.com
MILLER LAW GROUP
A Professional Corporation
111 Sutter Street, Suite 700
San Francisco, CA 94104
Tel. (415) 464-4300
Fax (415) 464-4336

Attorneys for Plaintiff
THE PRUDENTIAL INSURANCE
COMPANY OF AMERICA

CANDICE L. FIELDS (SBN 172174)
CANDICE FIELDS LAW
    cfields@candicefieldslaw.com
455 Capitol Mall, Suite 350
Sacramento, California 95814
Telephone: (916) 414-8050
Facsimile: (916) 790-9450

Attorneys for Defendant
INGERLISHA MARTINEZ, as mother
and next friend of the minor child A.M.

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA
SACRAMENTO DIVISION

| | |
|---|---|
| THE PRUDENTIAL INSURANCE COMPANY OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>A.M, a minor; D.P., a minor; ANDREA MORGAN in her personal capacity; INGERLISHA MARTINEZ, as mother and next friend of the minor child A.M.; and ANDREA MORGAN, in her capacity as mother and next friend of the minor child D.P.;<br><br>    Defendants. | Case No.: Case 2:13-cv-00820-MCE-AC<br><br>**JOINT REQUEST TO FURTHER EXTEND TIME FOR ANDREA MORGAN TO FILE RESPONSE TO COMPLAINT AND FOR PARTIES TO FILE JOINT STATUS REPORT; ORDER**<br><br>Complaint Filed:  April 26, 2013 |

Pursuant to United States District Court for the Eastern District of California Local Rule 144(d), Plaintiff THE PRUDENTIAL INSURANCE COMPANY OF AMERICA ("Plaintiff"), by and through its undersigned attorneys, Defendant INGERLISHA MARTINEZ, as mother and next friend of the minor child A.M. ("Martinez"), by and through her undersigned attorneys, and Defendant ANDREA MORGAN ("Morgan") on her own behalf and on behalf of D.P. hereby stipulate as follows:

WHEREAS, on April 26, 2013 Plaintiff filed an Interpleader Complaint.

WHEREAS, Morgan for herself, most recently was granted an extension of time to file her response to December 6, 2013, pursuant to this Court's Order (Docket No. 24).

WHEREAS, Morgan has been granted prior extensions of time to file her response to the Interpleader Complaint (Docket Nos. 17, 21).

WHEREAS, the parties' Joint Status Report also is currently due to be filed with the Court on December 6, 2013.

WHEREAS, the parties have been moving forward with and are continuing to finalize the documents necessary to 1) settle the action as to Defendant Morgan, 2) move for the appointment of guardians ad litem for the minor children A.M. and D.P., and 3) settle the entire action with prejudice as to all parties, subject to the Court's approval (see Docket No. 24).

WHEREAS, the parties require additional reasonable time to finalize the settlement and related documents, as described above.

WHEREAS, to facilitate the efficient resolution of this action the parties have met and conferred regarding 1) a further brief extension of time for Andrea Morgan to file her response to the Interpleader Complaint, and 2) an extension of the parties' time to file their Joint Status Report, in order to give the parties time to finalize the settlement process that the parties have undertaken, and to permit the efficient resolution, and dismissal with prejudice of, this Interpleader action as to all parties without incurring any unnecessary expense and cost to the parties and to this Court.

IT IS HEREBY JOINTLY AGREED AND REQUESTED, by and between the undersigned parties, that both Andrea Morgan's last day to file her response to the Interpleader Complaint and the parties' last day to file their Joint Status Report with the Court shall be extended to January 17, 2014.

Dated:  December 4, 2013　　　　　　　　MILLER LAW GROUP
　　　　　　　　　　　　　　　　　　　　A Professional Corporation

　　　　　　　　　　　　　　　　　　　　By:　/s/ Jennnifer A. Shy
　　　　　　　　　　　　　　　　　　　　　　Jennifer A. Shy
　　　　　　　　　　　　　　　　　　　　　　Attorneys for Plaintiff
　　　　　　　　　　　　　　　　　　　　　　THE PRUDENTIAL INSURANCE
　　　　　　　　　　　　　　　　　　　　　　COMPANY OF AMERICA

Dated:  December 4, 2013

　　　　　　　　　　　　　　　　　　　　By:　/s/ Andrea Morgan
　　　　　　　　　　　　　　　　　　　　　　Andrea Morgan
　　　　　　　　　　　　　　　　　　　　　　In Pro Per
　　　　　　　　　　　　　　　　　　　　　　(original signature retained by attorney
　　　　　　　　　　　　　　　　　　　　　　Jennifer A. Shy)

Dated:  December 4, 2013　　　　　　　　CANDICE FIELDS LAW

　　　　　　　　　　　　　　　　　　　　By:　/s/ Candice L. Fields
　　　　　　　　　　　　　　　　　　　　　　Candice L. Fields
　　　　　　　　　　　　　　　　　　　　　　Attorney for Defendant INGERLISHA
　　　　　　　　　　　　　　　　　　　　　　MARTINEZ, as mother and next friend of
　　　　　　　　　　　　　　　　　　　　　　the minor child, A.M.

# ORDER

Based on the reasons set forth in the Joint Request of the parties filed on December 4, 2013, and good cause appearing, the Court grants the Request of the parties in its entirety.  The deadline for Defendant Andrea Morgan to file a Response to the Interpleader Complaint shall be extended to January 17, 2014, and the deadline for the parties to file their Joint Status Report also shall be extended to January 17, 2014.

IT IS SO ORDERED.

Dated:  December 12, 2013

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT

4

JOINT REQUEST TO FURTHER EXTEND TIME FOR ANDREA MORGAN TO RESPOND TO COMPLAINT AND FOR PARTIES TO FILE JOINT STATUS REPORT; ORDER -- Case No.: 2:13-cv-00820-MCE-AC