CANDICE L. FIELDS, SBN 172174
CANDICE FIELDS LAW
455 Capitol Mall, Suite 350
Sacramento, California  95814
Telephone:    (916) 414-8050
Facsimile:    (916) 790-9450
cfields@candicefieldslaw.com

Attorneys for Defendant INGERLISHA MARTINEZ,
as mother and next friend of the minor child A.M.

UNITED STATES DISTICT COURT

EASTERN DISTRICT OF CALIFORNIA

THE PRUDENTIAL INSURANCE
COMPANY OF AMERICA,

                Plaintiff,

v.

A.M, a minor; D.P., a minor; ANDREA
MORGAN in her personal capacity;
INGERLISHA MARTINEZ, as mother and
next friend of the minor child A.M.; and
ANDREA MORGAN, in her capacity as
mother and next friend of the minor child
D.P.;

                Defendants.

No. 2:13-cv-00820-MCE-AC

**PETITION FOR ORDER FOR
APPOINTMENT OF GUARDIAN *AD
LITEM*; PROPOSED ORDER**

       Pursuant to FRCP 17(c), Petitioner, A.M., a minor, and Defendant Ingerlisha Martinez

("Ms. Martinez"), as mother and next friend of A.M., petition and request as follows:

       1.      On April 26, 2013, Plaintiff filed an Interpleader Complaint naming Ms.

Martinez, as mother and next friend of the minor child A.M., as a Defendant/Claimant.  (ECF

1.)  The Interpleader Complaint names Ms. Martinez, only in her capacity as mother and

next friend of the minor child A.M., as a defendant.  (*Id.*)

       2.      On July 1, 2013, Ms. Martinez, as mother and next friend of the minor child

A.M., filed an Answer to the Interpleader Complaint.  (ECF 14.)

       3.     Petitioner A.M. was born on August 10, 2004 and is therefore nine years old.

       4.     No previous petition for appointment of a guardian *ad litem* has been filed in this matter.

       5.     Ingerlisha Martinez is Petitioner A.M.'s mother.  Ms. Martinez is a competent and responsible person, and is fully capable to act as A.M.'s guardian *ad litem*.  Ms. Martinez's current address is 141 N. Circle, Apartment B, Rayville, Louisiana, 71269.  Her birthdate is July 30, 1988.

       6.     Ms. Martinez is willing to act as guardian *ad litem* for Petitioner A.M., as shown by her consent below.

       Accordingly, Petitioner A.M. requests that this Court issue an order appointing Ingerlisha Martinez as guardian *ad litem* of A.M. for the purposes of resolving the above-captioned matter.

Dated:  January __, 2014            CANDICE FIELDS LAW

                            By:   /s/ Candice L. Fields
                                CANDICE L. FIELDS
                                Attorney for Defendant INGERLISHA
                                MARTINEZ, As Mother and Next Friend Of
                                The Minor Child A.M.

## **CONSENT OF NOMINEE**

       I, Ingerlisha Martinez, the nominee of the minor Petitioner A.M., consent to act as guardian *ad litem* for the minor Petitioner A.M. in the above-captioned matter.

Dated:  January __, 2014

                                  INGERLISHA MARTINEZ

PETITION FOR APPOINTMENT OF GUARDIAN *AD LITEM*; PROPOSED ORDER

**ORDER**

Based on the reasons set forth above, the Petition for an Order appointing Ingerlisha Martinez as guardian *ad litem* for the minor Petitioner A.M. is GRANTED.

IT IS SO ORDERED.

Dated:  January 22, 2014

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT

- 3 -

PETITION FOR APPOINTMENT OF GUARDIAN *AD LITEM*; PROPOSED ORDER