Jennifer A. Shy (SBN 131065)
  jas@millerlawgroup.com
MILLER LAW GROUP
A Professional Corporation
111 Sutter Street, Suite 700
San Francisco, CA 94104
Tel. (415) 464-4300
Fax (415) 464-4336

Attorneys for Plaintiff
THE PRUDENTIAL INSURANCE
COMPANY OF AMERICA

CANDICE L. FIELDS (SBN 172174)
CANDICE FIELDS LAW
  cfields@candicefieldslaw.com
455 Capitol Mall, Suite 350
Sacramento, California 95814
Telephone: (916) 414-8050
Facsimile: (916) 790-9450

Attorneys for Defendant
INGERLISHA MARTINEZ, as mother
and next friend of the minor child A.M.

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA
SACRAMENTO DIVISION

| | |
|---|---|
| THE PRUDENTIAL INSURANCE COMPANY OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>A.M, a minor; D.P., a minor; ANDREA MORGAN in her personal capacity; INGERLISHA MARTINEZ, as mother and next friend of the minor child A.M.; and ANDREA MORGAN, in her capacity as mother and next friend of the minor child D.P.;<br><br>    Defendants. | Case No.: Case 2:13-cv-00820-MCE-AC<br><br>**JOINT REQUEST FOR FURTHER EXTENSION OF TIME FOR ANDREA MORGAN TO FILE A RESPONSE TO COMPLAINT; ORDER**<br><br><br>Complaint Filed: April 26, 2013 |

Pursuant to LR 144(d), Plaintiff The Prudential Insurance Company of America ("Plaintiff"), by and through its undersigned attorneys, and Defendant Ingerlisha Martinez, as mother and next friend of the minor child A.M. ("Martinez"), by and through her undersigned attorneys (collectively "the parties"), hereby stipulate as follows:

WHEREAS, on April 26, 2013, Plaintiff filed an Interpleader Complaint.

WHEREAS, on July 1, 2013, Defendant Martinez, as mother and next friend of the minor child A.M., filed an Answer to the Interpleader Complaint.  (Docket No. 14.)

WHEREAS, the parties jointly obtained an extension from the Court permitting Defendant Andrea Morgan ("Morgan") to file a Response to the Interpleader Complaint on or before January 17, 2014.  (Docket Nos. 17, 21 & 28.)

WHEREAS, the parties are finalizing a Joint Motion to Appoint Andrea Morgan as Guardian *Ad Litem* for the Minor, D.P., Approve Minor Settlement and Enter Judgment that will be filed within thirty (30) days.

WHEREAS, a Petition for Appointment of Guardian *Ad Litem* for the Minor, A.M., is on file and pending with the Court.  (Docket No. 29.)

WHEREAS, the parties require additional reasonable time to finalize their Joint Motion, as described above.

WHEREAS, to facilitate the efficient resolution of this action the parties have met and conferred regarding a further brief extension of time for Morgan to file her response to Interpleader Complaint in order to give the parties time to finalize the settlement process that the parties have undertaken, and to permit the efficient resolution and dismissal with

prejudice of, this Interpleader action as to all parties, without incurring any unnecessary expense and cost to the parties and to this Court.

WHEREAS, a brief Joint Status Report is being filed concurrently with the Court.

IT IS HEREBY JOINTLY AGREED AND REQUESTED, by and between the undersigned parties, that Andrea Morgan's last day to file her response to the Interpleader Complaint with the Court shall be extended from January 17, 2014 to February 28, 2014.

Dated: January 16, 2014         MILLER LAW GROUP

                                By:    /s/Jennifer A. Shy
                                JENNIFER A. SHY
                                Attorneys for Plaintiff
                                THE PRUDENTIAL INSURANCE COMPANY

Dated: January 17, 2014

                                By:    /s/ Andrea Morgan
                                Andrea Morgan
                                In Pro Per
                                (original signature retained by attorney Jennifer A. Shy)

Dated: January 16, 2014         CANDICE FIELDS LAW

                                By:    /s/ Candice L. Fields
                                CANDICE L. FIELDS
                                Attorney for Defendant INGERLISHA MARTINEZ, As Mother And Next Friend Of The Minor Child A.M.

**ORDER**

Based on the reasons set forth in the Joint Request of the parties filed on January 17, 2014, and good cause appearing therefrom, the Court grants the Request of the parties in its entirety. IT IS HEREBY ORDERED that the deadline for Defendant Andrea Morgan to file a Response to the Interpleader Complaint shall be extended to February 28, 2014.

IT IS SO ORDERED.

Dated: January 28, 2014

_____
MORRISON C. ENGLAND, JR, CHIEF JUDGE
UNITED STATES DISTRICT COURT