Michele Ballard Miller (SBN 104198)
  mbm@millerlawgroup.com
Jennifer A. Shy (SBN 131074)
  jas@millerlawgroup.com
MILLER LAW GROUP
A Professional Corporation
111 Sutter Street, Suite 700
San Francisco, CA 94104
Tel. (415) 464-4300
Fax (415) 464-4336

Attorneys for Plaintiff
THE PRUDENTIAL INSURANCE
COMPANY OF AMERICA

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA
SACRAMENTO DIVISION

| | |
|---|---|
| THE PRUDENTIAL INSURANCE COMPANY OF AMERICA,<br><br>            Plaintiff,<br><br>v.<br><br>A.M, a minor; D.P., a minor; ANDREA MORGAN in her personal capacity; INGERLISHA MARTINEZ, as mother and next friend of the minor child A.M.; and ANDREA MORGAN, in her capacity as mother and next friend of the minor child D.P.;<br><br>            Defendants. | Case No.: Case 2:13-cv-00820-MCE-AC<br><br>**ORDER APPOINTING A GUARDIAN *AD LITEM* FOR THE MINOR D.P. AND ALLOWING DEPOSIT OF THE DEATH BENEFIT INTO THE COURT'S REGISTRY PURSUANT TO FED.R.CIV.PRO. 67 AND LOCAL RULE 150**<br><br>Date:   April 3, 2014<br>Time:   2:00 p.m.<br>Dept.:   7 |

Plaintiff The Prudential Insurance Company of America's ("Plaintiff" or "Prudential") Motion To Appoint Guardian Ad Litem For The Minor D.P. And To Deposit The Death Benefit With The Court came on for hearing on April 17, 2014, at 2:00 p.m. in Department 7 of this Court, the Honorable Morrison C. England, Jr., Chief Judge of the United States District Court, presiding.  The Court, having determined that no oral argument was necessary, submitted the matter on the briefs in accordance with Local Rule 230(g).

1

Having considered the papers submitted, and it appearing that this matter concerns entitlement to certain group life insurance benefits in the amount of $200,000.00 ("Remaining Death Benefit"), plus accrued claim interest, if any, due as a consequence of the death of Xantavia Phillips, deceased, which Prudential, through the Office of Servicemembers' Group Life Insurance, provided to the Department of Veterans Affairs of the United States, pursuant to the Servicemembers' Group Life Insurance Statute, 38 U.S.C. § 1965, *et seq.*, under group policy number G-32000, and it appearing that the within agreed Order is proper and in the best interests of D.P., a minor, and for good cause shown,

1. Plaintiff's Motion for Appointment of Guardian ad Litem (ECF No. 36) is GRANTED. Defendant Andrea Morgan is hereby appointed as guardian *ad litem* of the minor, D.P., pursuant to Fed. R. Civ. Pro. 17(c)(2), for the purposes of, *inter alia*, accepting service of the Interpleader Complaint, appearing on behalf of D.P. in this action, and otherwise binding the minor D.P. to Orders of this Court entered and decisions made during the course of this litigation. Ms. Morgan, who is the ex-wife of the deceased and the mother of D.P., originally had asserted a potential right to the insurance proceeds, but by Response filed April 10, 2014 (ECF No. 41) to the instant motion, represented that she waived any right to the death benefit at issue and attached a signed waiver in that regard. Consequently any potential conflict of interest that may have precluded Ms. Morgan from serving as D.P.'s guardian ad litem no longer exists. Ms. Morgan has consented to serve as D.P. guardian ad litem in the instant matter.

2. Within twenty-one (21) days of the date of this Order, Prudential shall cause the Remaining Death Benefit, in the amount of $200,000.00, plus accrued claim interest, if any, to be paid into this Court's Registry to be held in an interest-bearing account pursuant to Fed. R. Civ. Pro. 67 and Local Rule 150;

///

///

///

3. Counsel for Plaintiff shall serve a copy of this Order upon all parties within five (5) court days of this Order.

**IT IS SO ORDERED.**

**Dated: April 22, 2014**

_____
MORRISON C. ENGLAND, JR, CHIEF JUDGE
UNITED STATES DISTRICT COURT