CANDICE L. FIELDS, SBN 172174
CANDICE FIELDS LAW
455 Capitol Mall, Suite 802
Sacramento, California 95814
Telephone:  (916) 414-8050
Facsimile:  (916) 790-9450
cfields@candicefieldslaw.com

Attorneys for Defendant A.M., A Minor
Appearing Through Guardian Ad Litem
INGERLISHA MARTINEZ

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE PRUDENTIAL INSURANCE COMPANY OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>v.<br><br>A.M, a minor; D.P., a minor; ANDREA MORGAN in her personal capacity; INGERLISHA MARTINEZ, as mother and next friend of the minor child A.M.; and ANDREA MORGAN, in her capacity as mother and next friend of the minor child D.P.;<br><br>　　　　　　Defendants. | No. 2:13-cv-00820-MCE-AC<br><br>**ORDER RE: APPROVAL OF STATE COURT ORDER AND DISBURSEMENT OF FUNDS** |

　　　　　On April 26, 2013, An Interpleader Complaint was filed by The Prudential Insurance Company of America ("Prudential") to resolve a dispute regarding life insurance proceeds governed by federal law.

　　　　　On December 23, 2014, this Court issued an Order approving the proposed settlement of the claims of the minors D.P. and A.M. *See* Order, ECF 63.  The Order includes the following statement regarding disbursement of the minor A.M.'s funds:

> Upon receipt and approval of a properly fashioned state court order, the Court shall direct the Clerk to disburse funds deposited into the Court's

-1-

> Registry (Order, ECF 44), as follows: The Remaining Death Benefit plus accrued interest, less $50,000, to the registry of the Fifth Judicial District Court In And For The Parish Of Richland – State of Louisiana.

Order, ECF 63.

On February 21, 2015, an order signed by the Hon. Terry A. Doughty, Judge, 5th Judicial District, Richland Parish, LA ("state court order") was filed with this Court. *See* ECF 64-1.

Pursuant to L.R. 202(e), this Court finds that the state court order, and the distribution plan mandated therein, properly protects the minor A.M. and her money now deposited in the Registry of this Court.   The Court hereby approves the state court order.

The Court directs the Clerk to disburse funds deposited by Prudential into the Court's Registry on May 7, 2014, (*see* Receipt No. CAE200059841 in the total amount of $206,957.47 fbo Prudential), less the sum of $50,000 payable as attorneys' fee s to attorney Candice Fields, as follows:

> All deposited funds, less $50,000, to the registry of the Fifth Judicial District Court In And For The Parish Of Richland – State Of Louisiana, on the account of Docket No. 8879 (*In Re: Tutorship of A.M.* (redacted)).  According to attorney Fields, the payee address is Clerk of Court, Richland Parish Courthouse, P.O. Box 119, Rayville, Louisiana, 71269.

The Clerk is further directed to include with the disbursement 1) the state court order on file with this Court as Docket No. 64-1; and 2) correspondence from attorney Fields to the Clerk of Court, Richland Parish Courthouse, on file with the Court as Docket No. 64-2.  T

The remaining $50,000.00 shall be distributed by the Clerk to attorney Fields on proof that the remainder of the settlement funds, less other disbursements as authorized by the state court order, have been deposited within 20 days following their receipt in a blocked interest-bearing account held with a banking institution that is insured with the Federal Deposit Insurance Company until A.M. reaches 18 years of age.

IT IS SO ORDERED.

Dated:  March 3, 2015

_____
MORRISON C. ENGLAND, JR, CHIEF JUDGE
UNITED STATES DISTRICT COURT