CANDICE L. FIELDS, SBN 172174
CANDICE FIELDS LAW
455 Capitol Mall, Suite 802
Sacramento, California 95814
Telephone: (916) 414-8050
Facsimile: (916) 790-9450
cfields@candicefieldslaw.com

Attorneys for Defendant A.M., A Minor
Appearing Through Guardian Ad Litem
INGERLISHA MARTINEZ

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE PRUDENTIAL INSURANCE COMPANY OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>A.M, a minor; D.P., a minor; ANDREA MORGAN in her personal capacity; INGERLISHA MARTINEZ, as mother and next friend of the minor child A.M.; and ANDREA MORGAN, in her capacity as mother and next friend of the minor child D.P.;<br><br>    Defendants. | No. 2:13-cv-00820-MCE-AC<br><br>**PROPOSED ORDER RE: DISBURSEMENT OF REMAINING FUNDS AND DISMISSAL OF ACTION** |

  On April 26, 2013, An Interpleader Complaint was filed by The Prudential Insurance Company of America ("Prudential") to resolve a dispute regarding life insurance proceeds governed by federal law.

  On December 23, 2014, this Court issued an Order approving the proposed settlement of the claims of the minors D.P. and A.M. *See* Order, ECF 63. The Order includes the following statement regarding disbursement of the minor A.M.'s funds:

-1-  PROPOSED ORDER RE: DISBURSEMENT OF REMAINING BALANCE OF FUNDS
AND DISMISSAL OF ACTION

> Upon receipt and approval of a properly fashioned state court order, the Court shall direct the Clerk to disburse funds deposited into the Court's Registry (Order, ECF 44), as follows: The Remaining Death Benefit plus accrued interest, less $50,000, to the registry of the Fifth Judicial District Court In And For The Parish Of Richland – State of Louisiana.

Order, ECF 63.

On February 21, 2015, an order signed by the Hon. Terry A. Doughty, Judge, 5th Judicial District, Richland Parish, LA ("state court order") was filed with this Court. *See* ECF 64-1.

On, March 4, 2015, this Court approved the state court order and directed the Clerk to disburse funds deposited by Prudential into the Court's Registry on May 7, 2014, (*see* Receipt No. CAE200059841 in the amount of $206,957.47 fbo Prudential), as follows:

> All deposited funds, less $50,000, to the registry of the Fifth Judicial District Court In And For The Parish Of Richland – State Of Louisiana, on the account of Docket No. 8879 (*In Re: Tutorship of A.M.* (redacted)).

The March 4, 2015 Order further states:

> The remaining $50,000.000 shall be distributed by the Clerk to attorney Fields on proof that the remainder of the settlement funds, less other disbursements as authorized by the state court order, have been deposited within 20 days following their receipt in a blocked interest-bearing account held with a banking institution that is insured with the Federal Deposit Insurance Company until A.M. reaches 18 years of age.

*See* Order, ECF 67.

The following proof has been submitted for the Court's review:

1. A copy of a Certificate of Deposit ("CD") in the amount of $156,976.48, issued to the Registry of the Court, Tutorship of Amanti Martinez, by Richland State Bank – Rayville, Rayville, Louisiana. *See* Declaration of James E. Paxton ("Decl. Paxton"), at Ex. 1.

2. A printout from the website for Richland State Bank indicating that it is insured with the Federal Deposit Insurance Company; state court attorney James E. Paxton also confirms the Bank's insured status. *See. id.*, at Ex. 2. Attorney Paxton has confirmed that the CD is interest bearing and blocked in that the withdrawal of any funds (other than the disbursements already made) is restricted until the minor A.M. reaches 18 years of age;

any withdrawal must be requested through a motion that is subject to approval by the state court. *Id.*

3. The customer copy of a Cashier's Check in the amount of $8,300.00, issued from the RPCC Tutorship of A.M. to the Richland Parish Registry Of The Court, for disbursements in that amount as authorized by the state court order. *See* Ex. 3 to Decl. Paxton. The Court is also in receipt of documentation confirming that these funds were used to pay fees and expenses authorized by the state court order. *See id.*

The Court finds that the remainder of the settlement funds, less other disbursements as authorized by the state court order, have been deposited in a blocked interest-bearing account held with a banking institution that is insured with the Federal Deposit Insurance Company until A.M. reaches 18 years of age, and that the state court distribution plan has been completed.

The Clerk is directed to distribute the remaining $50,000, now on deposit in the Court's registry, to attorney Fields.

This action is hereby dismissed with prejudice with each side to bear its own cost. IT IS SO ORDERED.

Dated:

                                                        _____
MORRISON C. ENGLAND, JR.
Chief United States District Judge