CANDICE L. FIELDS, SBN 172174
CANDICE FIELDS LAW
455 Capitol Mall, Suite 802
Sacramento, California  95814
Telephone:   (916) 414-8050
Facsimile:    (916) 790-9450
cfields@candicefieldslaw.com

Attorneys for Defendant A.M., A Minor
Appearing Through Guardian Ad Litem
INGERLISHA MARTINEZ

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE PRUDENTIAL INSURANCE COMPANY OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>A.M, a minor; D.P., a minor; ANDREA MORGAN in her personal capacity; INGERLISHA MARTINEZ, as mother and next friend of the minor child A.M.; and ANDREA MORGAN, in her capacity as mother and next friend of the minor child D.P.;<br><br>Defendants. | No. 2:13-cv-00820-MCE-AC<br><br>**ORDER RE:**<br>**REPLACEMENT OF FILED DOCUMENT**<br>**WITH REDACTED VERSION** |

On April 16, 2015, counsel for Defendant A.M., a minor, electronically filed Document No. 69 through the Case Management/Electronic Case Files (CM/ECF) system. Two pages containing the minor A.M.'s unredacted name were unintentionally included as pages 4 and 5.

Counsel requests that Document No. 69, as currently filed, be removed and replaced with the redacted version submitted with the Request.  Counsel indicates that the

-1-     ORDER RE:  REPLACEMENT OF FILED DOCUMENT WITH REDACTED VERSION

redacted version is identical to the originally filed document with the exception that the minor's name is redacted from pages 4 and 5 in compliance with Rule 5.2 of the Federal Rules of Civil Procedure.

    The Court directs the Clerk to remove the originally filed Document No. 69 and replace it with the redacted version attached as Exhibit 1 to the Request.

    IT IS SO ORDERED.

Dated:  April 24, 2015

_____
MORRISON C. ENGLAND, JR, CHIEF JUDGE
UNITED STATES DISTRICT COURT